1058

No. 905, Misc.  MONTGOMERY ET AL. *v.* UNITED STATES. C. A. D. C. Cir.  Certiorari denied.  *Glenn A. Mitchell* for petitioners.  *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 923, Misc.  BERNIER *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.  *Willie Davis,* Assistant Attorney General of Massachusetts, *John J. Droney,* and *Ruth I. Abrams* for respondent.

No. 926, Misc.  CUNNINGHAM *v.* FOLLETTE, WARDEN. C. A. 2d Cir.  Certiorari denied.  *Leon B. Polsky* and *Gretchen White Oberman* for petitioner.

No. 934, Misc.  PHILLIPS *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 940, Misc.  COLEMAN *v.* MAXWELL, WARDEN. C. A. 6th Cir.  Certiorari denied.  *James R. Willis* for petitioner.  Reported below: 399 F. 2d 662.

No. 949, Misc.  HOWARD *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 951, Misc.  PAROUTIAN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States.

No. 990, Misc.  McDONALD *v.* CRAVEN, WARDEN. C. A. 9th Cir.  Certiorari denied.